IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERY ABBAH | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1542-R |
| | § | |
| ALBERTO GONZALES, Attorney[1] | § | |
| General of the United States, ET AL. | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this <u>16th</u> day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Substituted "Peter D. Keisler, Acting U.S. Attorney General" for "Alberto Gonzales"